1  PETER C. BROWN, ESQ.
   Nevada State Bar No. 5887
2  TY M. MAYNARICH, ESQ.
   Nevada State Bar No. 14584
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  pbrown@bremerwhyte.com
   tmaynarich@bremerwhyte.com
7
   Attorneys for Defendant,
8  David Joseph Robinson

9

10                 **UNITED STATES DISTRICT COURT**

11

12                      **DISTRICT OF NEVADA**

13

14 FABIAN JESUS BROOKS ARIAS,        )  Case No. 2:21−cv−00644−GMN−DJA
                                     )
15          Plaintiff,               )  **STIPULATION AND ORDER**
                                     )  **REGARDING PENDING**
16      vs.                          )  **DISCOVERY**
                                     )
17 DAVID JOSEPH ROBINSON, an         )
   individual; DOES I through XV, and ROE )
18 Corporations I through X, inclusive,,  )
                                     )
19          Defendant.               )
   _____   )

20

21        Plaintiff, FABIAN JESUS BROOKS ARIAS, and Defendant, DAVID JOSEPH

22 ROBINSON (collectively, the "Parties") by and through their respective counsel,

23 hereby submit this Stipulation and Order Regarding Pending Discovery  (hereinafter,

24 "Stipulation and Order"), pursuant to LR 26-6 and LR IA 1-3(f).

25        This Stipulation and Order shall not affect the Dispositive Motion Deadline

26 presently set for April 8, 2022.  (*See*, Joint Discovery Plan and Proposed Scheduling

27 Order, ECF 14), on file and referenced herein). Further, this Stipulation and Order

28 shall not affect the Pretrial Order deadline of May 8, 2022.  (*See Id.*).

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1220.363  4855-1819-6239.2

The Parties met and conferred in good faith pursuant to LR IA 1-3(f) and agreed to the following Stipulation and Order with respect to pending discovery requested by Defendant in this matter. Due to scheduling conflicts, the unavailability of treating physician/expert witnesses, and depositions of out-of-state witnesses, this Stipulation and Order is necessary to allow for their testimony outside the close of discovery.

As such, the Parties have agreed to allow the depositions of the following person(s) to proceed outside the close of discovery and prior to the Dispositive Motion Deadline of April 8, 2022.

1. Rand Kroessin;

2. David Conners;

3. Dr. Ong;

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1220.363  4855-1819-6239.2

1    4.  Dr. Garber.

2    **IT IS SO STIPULATED.**

3    DATED <u>18</u><sup>th</sup> day of February 2022.    DATED <u>18</u><sup>th</sup>  day of June 2022.

4
5    **GINA CORENA & ASSOCIATES**    **BREMER WHYTE BROWN & O'MEARA LLP**

6    <u>/s/Betsy C. Jefferis, Esq. </u>    <u>/s/ Ty M. Maynarich, Esq. </u>
7    GINA M. CORENA, ESQ.    PETER C. BROWN, ESQ.
8    Nevada Bar No. 10330    Nevada Bar No. 5887
     BETSY C. JEFFERIS, ESQ.    TY M. MAYNARICH, ESQ.
9    Nevada Bar No. 12980    Nevada Bar No. 14584
10   *Attorneys for Plaintiff*    *Attorneys for Defendant*

11

12   **IT IS SO ORDERED.**

13

14

15   _____
16   **UNITED STATES MAGISTRATE JUDGE**

17

18   **DATED:** February 22, 2022
19   _____

20
21
22
23
24
25
26
27
28

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1220.363  4855-1819-6239.2